# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2014

### NO. 03-13-00732-CV

**Sandra Archibald, Appellant**

**v.**

**George Colvin, Appellee**

**APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
VACATED AND REMANDED ON JOINT MOTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the order signed by the trial court on August 8, 2013. The parties have filed a motion to remand, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion; vacates the judgment without reference to the merits, and remands the cause to the trial court for rendition of an order in accordance with the parties' agreement. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.